702 A.2d 358

**William LEISER, Petitioner,**

v.

**ATLANTIC REFINING AND MARKETING CORPORATION, Ind. and t/d/b/a Sunoco A–Plus Mini Market and Sun Company, Inc. Ind. and t/d/b/a Sunoco A–Plus Mini Market and John Doe, Ind. and t/d/b/a Sunoco A–Plus Mini Market and XYZ Corporation, Ind. and Sunoco A–Plus Mini Market, Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

John F. Hanahan, Philadelphia, for petitioner.

## ORDER

PER CURIAM.

AND NOW this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).